FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 01 2024

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

Alton Sapp Sr

vs.
Transunion
Case #1:24-cv-00580-SDG-RGV

Civil

To: THE HONORABLE RUSSEL G. VINEYARD

I am filing this motion to give more of a definitive explanation for my case

I purchased a vehicle in 2015 and in 2016 I had delinquent payments on my credit profile.Wells Fargo charged off the debt and file a lien against me
I contacted Wells Fargo earlier this year and they agreed to delete the debt from my credit profile because of the 7years time frame that has past.
The representative said he would mail me a copy of the lien release and title with contact information for the bureaus to delete the account.
He also stated he would mail me a 1099 for the debt that was changed off.
I received everything in the mail and I started contacting the credit bureaus to delete the account and all the bureaus did so except Trans Union.
Wells Fargo change their mind and said they would keep the account on file until 2026 which will be a extended time reporting on my credit profile.
I am suing because of the FCRA 605 (a)5 generally prohibits the reporting of any adverse item of information which antedates this the report by more than seven years.
This has greatly impacted me with low credit scores and trying to get loans and other financial resources.

I have included documents for you to see that they sent the letter and 1099 ,title for the vehicle which also proves that the time frame has pasted!

Alton Sapp Sr
altonsapp2@gmail.com
678-266-8622
Best Regards!

Alton Sapp Sr.

**What is the FCRA 7 year rule for credit report?**

Seven-Year Period for Reporting Adverse Information

The FCRA restricts a consumer reporting agency from including obsolete information in a consumer report. **FCRA section 605(a)(5) generally prohibits the reporting of "[a]ny . . . adverse item of information . . . which antedates the report by more than seven years."** Jan 23, 2024

## nstructions for Debtor

'ou received this form because a federal government agency or an applicable nancial entity (a creditor) has discharged (canceled or forgiven) a debt you owed, r because an identifiable event has occurred that either is or is deemed to be a ischarge of a debt of $600 or more. If a creditor has discharged a debt you wed, you are required to include the discharged amount in your income, even if is less than $600, on the "Other income" line of your Form 1040 or 1040-SR. owever, you may not have to include all of the canceled debt in your income. here are exceptions and exclusions, such as bankruptcy and insolvency. See ıb. 4681, available at *www.irs.gov/Pub4681*, for more details. If an identifiable ent has occurred but the debt has not actually been discharged, then include ıy discharged debt in your income in the year that it is actually discharged, ıless an exception or exclusion applies to you in that year.

**ebtor's taxpayer identification number (TIN).** For your protection, this form may ıow only the last four digits of your TIN (social security number (SSN), individual xpayer identification number (ITIN), adoption taxpayer identification number TIN), or employer identification number (EIN)). However, the creditor has ported your complete TIN to the IRS.

**:count number.** May show an account or other unique number the creditor signed to distinguish your account.

**ıx 1.** Shows the date the earliest identifiable event occurred or, at the editor's discretion, the date of an actual discharge that occurred before an entifiable event. See the code in box 6.

**ıx 2.** Shows the amount of debt either actually or deemed discharged. **Note:** If u don't agree with the amount, contact your creditor.

**x 3.** Shows interest if included in the debt reported in box 2. See Pub. 4681 see if you must include the interest in gross income.

**Box 4.** Shows a description of the debt. If box 7 is completed, box 4 also shows a description of the property.

**Box 5.** Shows whether you were personally liable for repayment of the debt when the debt was created or, if modified, at the time of the last modification. See Pub. 4681 for reporting instructions.

**Box 6.** Shows the reason your creditor has filed this form. The codes in this box are described in more detail in Pub. 4681. A - Bankruptcy; B - Other judicial debt relief; C - Statute of limitations or expiration of deficiency period; D - Foreclosure election; E - Debt relief from probate or similar proceeding; F - By agreement; G - Decision or policy to discontinue collection; or H - Other actual discharge before identifiable event.

**Box 7.** If, in the same calendar year, a foreclosure or abandonment of property occurred in connection with the cancellation of the debt, the fair market value (FMV) of the property will be shown, or you will receive a separate Form 1099-A. Generally, the gross foreclosure bid price is considered to be the FMV. For an abandonment or voluntary conveyance in lieu of foreclosure, the FMV is generally the appraised value of the property. You may have income or loss because of the acquisition or abandonment. See Pub. 4681 for information about foreclosures and abandonments. If the property was your main home, see Pub. 523 to figure any taxable gain or ordinary income.

**Future developments.** For the latest information about developments related to Form 1099-C and its instructions, such as legislation enacted after they were published, go to *www.irs.gov/Form1099c*.

**Free File Program.** Go to *www.IRS.gov/FreeFile* to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

☐ CORRECTED (if checked)

| | | | |
|---|---|---|---|
| REDITOR'S name, street address, city or town, state or province, country, ZIP or reign postal code, and telephone no.<br>/ELLS FARGO BANK, N.A.<br>/F Auto<br>.O. BOX 5265<br>IAC D0202-03F Bank: 785<br>ioux Falls, SD 57117-5265 | 1 Date of identifiable event<br>02/15/2023<br>2 Amount of debt discharged<br>$ 4,859.12<br>3 Interest, if included in box 2<br>$ | OMB No. 1545-1424<br>**2023**<br>Form **1099-C** | **Cancellation of Debt** |
| REDITOR'S TIN: ı-1347393 / DEBTOR'S TIN: XXX-XX-9870 | 4 Debt description<br>DIRECT AUTO LOAN | | **Copy B For Debtor**<br>This is important tax information and is being furnished to the IRS. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if taxable income results from this transaction and the IRS determines that it has not been reported. |
| BTOR'S name, street address (including apt. no.), city or town, state or province, untry, and ZIP or foreign postal code<br>LTON SAPP<br>:17 WINSTON WAY<br>UGUSTA, GA 30906 | 5 If checked, the debtor was personally liable for repayment of the debt . . . . . . . . . . . . . . ☒ | | |
| count number (see instructions) 745731471770001<br>ın #: 745731471770001 | 6 Identifiable event code<br>G | 7 Fair market value of property<br>$ | |

n **1099-C** (Rev. 1-2023) (keep for your records) www.irs.gov/Form1099c Department of the Treasury - Internal Revenue Service

3.000

TEP00406207_4346_8691 1 of 2

# Georgia Certificate of Title

DISCLAIMER: DO NOT ACCEPT THIS TITLE WITHOUT THE SECURITY THREAD LOCATED APPROXIMATELY TWO INCHES FROM LEFT

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | TYPE OF BODY | MODEL | CYL | DATE ISSUED |
|---|---|---|---|---|---|---|
| 1FTPX12V17NA53568 | FORD | 2007 | TRUCK | LGT CONVTNL 'F | 8 | 10/01/2015 |

| DATE VEHICLE PUR | FUEL | NEW OR USED | ODOMETER* | PREVIOUS TITLE NBR / STATE OF ISSUE | NBR OF LIENS | COLOR | CURRENT TITLE NUMB |
|---|---|---|---|---|---|---|---|
| 08/31/2015 | FLEXIBLE | USED | 057453 | 772093070890028 /GA | 1 | RED / RED | 77868815247296 |

**OWNER**

ALTON BERNARD SAPP
2217 WINSTON WAY
AUGUSTA GA 30906-5073

* ODOMETER READING IS ACTUAL MILEAGE OF THE VEHICLE UNLESS OTHERWISE INDICATED BELOW.

MAIL TO:

T23

WELLS FARGO BANK, NA
PO BOX 53439
PHOENIX AZ 85072-3439

**1ST LIEN OR SECURITY INTEREST**

WELLS FARGO BANK, NA
PO BOX 53439
PHOENIX AZ 85072-3439

**2ND LIEN OR SECURITY INTEREST**

VOID VOID VOID VOID VOID VOID

**3RD LIEN OR SECURITY INTEREST**

Wells Fargo Bank NA

**RELEASE OF LIEN OR SECURITY INTEREST**

| | DATE OF RELEASE | SECURITY INTEREST HOLDER | | AUTHORIZED AGENT |
|---|---|---|---|---|
| 1ST LIEN | 2/16/23 | Wells Fargo Bank NA | BY | [signature] |
| 2ND LIEN | | | BY | |
| 3RD LIEN | | | BY | |

The Georgia Department of Revenue issued this title pursuant to the Motor Vehicle Certificate of Ti Act and this title is subject to its provisions. The Department certifies that on application duly made, the person named herein is registered as the lawful owner of the vehicle described subject to any liens or security interests set forth and such liens or security interests as may subsequently be filed with the Commissioner.

038397116

Lynnette T. Riley

STATE REVENUE COMMISSIONER

42522535

WELLS FARGO Auto
Wells Fargo Auto
MAC S3983-024
2501 S. Price Rd., 2nd FL
Chandler, AZ 85286-7896

wellsfargo.com

02/15/2023

BTCCRLDTX8 000021 SP 01
ALTON B SAPP
2217 WINSTON WAY
AUGUSTA, GA 30906-5073

BTCCRLDTX8 000021 NNNNNNNNNNN NNN NYN 001 001 000059 20094252.1

Subject: Closure of your account ending in 7177

Dear ALTON B SAPP:

We are writing to let you know that due to the age of your account referenced above, we decided to cancel the remaining balance and we will no longer attempt collection efforts.

**What you need to know**

- We will no longer accept payments on this account. If we receive a payment after the date of this letter, we will return it to the address above.
- There may be tax implications for the forgiveness of your debt. If you have questions please contact your tax advisor.
- If applicable, we will release our lien on any associated documents, and forward information to you at the address above.
- We are reviewing the consumer reporting on the above account; if applicable, we will notify the consumer reporting agencies to update the balance due amount for this account to zero. The consumer reporting agencies are not affiliated with or controlled by Wells Fargo and it may take them 30 days or longer to update your consumer report. After that time, you may contact them directly to request an updated copy of your credit report as follows:

| Experian | Equifax | TransUnion | Innovis |
|---|---|---|---|
| PO Box 2002 | PO Box 740256 | PO Box 2000 | PO Box 1640 |
| Allen, TX 75013 | Atlanta, GA 30374 | Chester, PA 19022 | Pittsburgh, PA 15230 |
| 1-800-493-1058 | 1-866-349-5191 | 1-855-681-3196 | 1-800-540-2505 |
| experian.com | equifax.com | transunion.com | innovis.com |

**We're here to help**

If you have questions, please call us at 1-866-620-7125, option 5, Monday – Friday, 9:00 a.m. to 6:00 p.m.* Central Time. For customers with hearing or speech disabilities, we also accept telecommunications relay service calls.

Thank you.

Wells Fargo Auto

*Phoenix does not observe Daylight Saving Time. From November to March, our hours are equivalent to 8:00 a.m. to 5:00 p.m. Central Time.

DASOF619 (UI101620) Reference: 620563304

Wells Fargo Auto is a division of Wells Fargo Bank, N.A. © 2020 Wells Fargo Bank, N.A. All rights reserved.

WELLS FARGO Auto

Wells Fargo Auto
MAC S3983-024
2501 S. Price Rd., 2nd FL
Chandler, AZ 85286-7896

wellsfargo.com/spanish

02/15/2023

ALTON B SAPP
2217 WINSTON WAY
AUGUSTA, GA 30906-5073

Asunto: Cierre de su cuenta que termina en 7177

Estimado(a) ALTON B SAPP:

Le escribimos para informarle que, debido a la antigüedad de su cuenta arriba mencionada, decidimos cancelar el saldo restante y ya no intentaremos medidas de cobranza.

**Lo que necesita saber**

- Ya no aceptaremos pagos en esta cuenta. Si recibimos un pago después de la fecha de esta carta, lo devolveremos a la dirección indicada arriba.
- Podría haber consecuencias tributarias por la condonación de su deuda. Si tiene preguntas, comuníquese con su asesor de impuestos.
- Si corresponde, liberaremos nuestro gravamen en cualquier documento asociado, y le enviaremos la información a usted a la dirección arriba mencionada.
- Estamos revisando los informes del consumidor de la cuenta arriba mencionada; si corresponde, notificaremos a las agencias de informes de crédito del consumidor que actualicen el monto del saldo adeudado de esta cuenta a cero. Las agencias de informes de crédito del consumidor no son afiliadas de Wells Fargo ni son controladas por el Banco y podrían demorar 30 días o más en actualizar su informe del consumidor. Después de ese período, puede comunicarse directamente con las agencias para solicitar una copia actualizada de su informe de crédito utilizando la siguiente información:

| Experian | Equifax | TransUnion | Innovis |
|---|---|---|---|
| PO Box 2002 | PO Box 740256 | PO Box 2000 | PO Box 1640 |
| Allen, TX 75013 | Atlanta, GA 30374 | Chester, PA 19022 | Pittsburgh, PA 15230 |
| 1-800-493-1058 | 1-866-349-5191 | 1-855-681-3196 | 1-800-540-2505 |
| (en inglés) | (marque 8 para recibir atención en español) | (marque 2 para recibir atención en español) | (marque 2 para recibir atención en español) |
| experian.com (en inglés) | equifax.com (en inglés) | transunion.com (en inglés) | innovis.com (en inglés) |

090000

**Estamos aquí para ayudarle**

Si tiene preguntas, llámenos al 1-866-620-7125, opción 5 (en inglés), de lunes a viernes de 9:00 a.m. a 6:00 p.m.*, hora central. Wells Fargo también acepta llamadas de los servicios de retransmisión de telecomunicaciones para aquellos clientes con discapacidades auditivas o del habla.

Muchas gracias.

Wells Fargo Auto

*Phoenix no se rige por el horario de verano. De noviembre a marzo, nuestro horario de atención equivale al de 8:00 a.m. a 5:00 p.m., hora central.

DASOF619 (UI101620) Referencia: 620563304

Wells Fargo Auto es una división de Wells Fargo Bank, N.A. © 2020 Wells Fargo Bank, N.A. Todos los derechos reservados.

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

JUL 01 2024

...shals Service
...ta. GA

EI 970

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE 678 266-8622

Alton Sapp SR.
2217 Winston Way
Augusta Ga. 30906

JUL 01 2024

PAYMENT BY ACCOUNT (if applicable)

Federal Agency Acct. No. or Postal Service™

ORIGIN (POSTAL SERVICE USE ONLY)

☒ 1-Day ☐ 2-Day

| PO ZIP Code | Scheduled Delivery Date (MM/DD/YY) |
|---|---|
| 30906 | 6/28/2... |
| Date Accepted (MM/DD/YY) | Scheduled Delivery Time |
| 6/27/24 | ☒ 6:00 PM |
| Time Accepted | |
| 4:45 ☐ AM ☒ PM | |
| Special Handling/Fragile | Sunday/Holiday Premium ... |
| $ | $ |
| Weight ☒ Flat Rate | Acceptance Employee Initials |
| 6 lbs. 2 ozs. | TR |

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED *Note:* The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

**Delivery Options**

☐ No Saturday Delivery (delivered next business day)

☐ Sunday/Holiday Delivery Required (additional fee, where available*)

*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE ( )

Clerk office
Richard Russell Blg.
~~1?0~~ 75 Ted Turner Dr. SW
Atlanta Ga, 30303-3309

ZIP + 4® (U.S. ADDRESSES ONLY)

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employ... |
|---|---|---|
| | ☐ AM ☐ PM | |
| | ☐ AM ☐ PM | |

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.

■ $100.00 insurance included.

PEEL FROM THIS CORNER

LABEL 11-B, NOVEMBER 2023 PSN 7690-02-000-99...

PAPER POUCH how2recycle.info

...ober 2023
...x 9 1/2

UNITED STATES POSTAL SERVICE