**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

ALTON SAPP, SR.,
Plaintiff,

v.

WELLS FARGO, *Corporation Service Company, et al.*,

Defendants.

Civil Action No.
1:24-cv-00580-SDG

**ORDER**

This matter is before the Court for consideration of the Final Report and Recommendation (R&R) entered by United States Magistrate Judge Russell G. Vineyard [ECF 9], which recommends that Sapp's amended complaint [ECF 7] be dismissed for failure to comply with the Court's previous orders, and that the pending motion to dismiss [ECF 8] be denied as moot. Plaintiff did not file objections. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72, undersigned reviewed the R&R for plain error and found none. Accordingly, undersigned **ADOPTS** the R&R's recommendation that this action be **DISMISSED** for failure to comply with the Court's orders, LR 41.3(A)(2), NDGa, and that the pending motion to dismiss be **DENIED AS MOOT**.

This action is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED** this 17th day of September, 2024.

Steven D. Grimberg
United States District Court Judge